TRESSLER LLP
744 Broad Street
Suite 1510
Newark, New Jersey 07102
973-848-2900
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>SHAWN CLARK,<br><br>Defendant. | Hon. Anne E. Thompson, U.S.D.J.<br><br>Case No. 09-456 (AET)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that defendant Shawn Clark hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment and sentence of the United States District Court, District of New Jersey, signed in this action on December 20, 2010 and entered on December 22, 2010.

                                        Tressler LLP
                                        Attorneys for Defendant

Dated:   December 29, 2010          By:  /s/ Robert J. Fettweis
                                         Robert J. Fettweis

## CERTIFICATION OF SERVICE

I hereby certify that I have today served a copy of this Notice of Appeal on counsel for the Government via electronic filing and e-mail.

Tressler LLP
Attorneys for Defendant

Dated:  December 29, 2010         By: /s/ Robert J. Fettweis
                                      Robert J. Fettweis